■ JAMES TRULEY, as Administrator of the Estate of JAMES TRULEY, JR., Deceased, Appellant, v. BLUE LINE TRANSFER CO., INC., Respondent, et al., Defendant.— In an action to recover damages for conscious pain and suffering and for wrongful death, plaintiff appeals from a judgment of the Supreme Court, Kings County, entered February 3, 1960, after a jury trial, dismissing the complaint on the merits at the end of the plaintiff's case. Judgment reversed on the law and a new trial granted, with costs to plaintiff to abide the event. In our opinion, the evidence adduced was sufficient to make out a prima facie case. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ FLORA VICENTE, Respondent, v. VICENTE FONTANALS et al., Appellants.— In an action to recover damages for personal injuries, defendants appeal from an order of the Supreme Court, Kings County, dated March 2, 1960, granting plaintiff's motion to open her default, to vacate the dismissal of the action and to restore it to its regular position on the Trial Term Calendar. Order affirmed, without costs (see Taylor v. Graci, 1 A D 2d 790). Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

## (February 15, 1961)

■ HELEN BIFFER et al., Appellants, v. QUEEN CURTAIN SHOP, INCORPORATED et al., Respondents.— Motion by respondent Jacob Greenfield to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before March 13, 1961. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ LUCY MANFREDI et al., Appellants, v. DOROTHY GRIFFIN et al., Respondents. DOROTHY D. GRIFFIN et al., Plaintiffs, v. ANNA LA MOTTO, Defendant.— Motion by respondent Dorothy Griffin to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before March 13, 1961. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE DONOWAY, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Motion by appellant for an enlargement of time to perfect appeal granted; time enlarged to the March Term, beginning February 27, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIUS JAMES ADAMS, Relator, v. JOHN F. MCNEILL, as Superintendent of Matteawan State Hospital, Respondent.— Application by petition, sworn to January 31, 1961, for a writ of habeas corpus, denied on the ground that the petition fails to comply with section 1234 of the Civil Practice Act. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.